No. 574. BEVINS v. IOWA. Jurisdictional statement submitted January 26, 1931. Decided February 2, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. (1) *Nash* v. *United States*, 229 U. S. 373; *Omaechevarria* v. *Idaho*, 246 U. S. 343; *Hygrade Provision Co.* v. *Sherman*, 266 U. S. 497, 501. (2) *Huntington* v. *Worthen; Little Rock & Fort Smith Ry.* v. *Worthen*, 120 U. S. 97, 102. *Mr. Donald Evans* for appellant. *Messrs. John Fletcher* and *Neill Garrett* for appellee.